JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA RUBIO PALACIO, individually and on behalf of others similarly situated and aggrieved,<br>　　　　Plaintiff,<br><br>　　v.<br><br>GEODIS LOGISTICS, LLC; a Tennessee limited liability company; and DOES 1 through 50, inclusive,<br>　　　　Defendants. | Case No. 5:20-cv-01657-MWF(SHKx)<br><br>**ORDER**<br><br>Complaint Filed: May 29, 2020 |

　　Having read and considered the parties' Joint Stipulation for Order of Dismissal (Docket No. 38), the Court hereby ORDERS the dismissal of Plaintiff's individual claims with prejudice and class claims dismissed without prejudice against Defendants in the above captioned matter. Each party will bear their own attorneys' fees and costs incurred in this action, notwithstanding the provisions of Federal Rile of Civil Procedure 54(d).

Dated: March 6, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　United States District Judge